UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HERMAN L. BARTON, JR., | ) |
| Plaintiff, | )  2:11-CV-01918-PMP-PAL |
| vs. | )  **ORDER** |
| CITY OF LAS VEGAS, | ) |
| Defendant. | ) |

On April 26, 2012, the Honorable Peggy A. Leen, United States Magistrate Judge entered a Report of Findings and Recommendation (Doc. #8) which recommended dismissal of Plaintiff's complaint for failure to state a claim.  Plaintiff Barton has failed to object to Magistrate Judge Leen's Recommendation, and after conducting a *de novo* review of this case, the Court finds that Magistrate Judge Leen's Recommendation should be affirmed.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint (Doc. #7) is hereby **DISMISSED**, and that the Clerk of Court shall forthwith enter judgment accordingly..

DATED: May 14, 2012.

_____
PHILIP M. PRO
United States District Judge